CGFI11 (9/19/08)

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

Case Number: 10–31130–JKO

Chapter: 7

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Antico Stone, LLC
2001 NW 44th Street
Pompano Beach, FL 33064

EIN: 65–1024668

## NOTICE OF DEADLINE TO CORRECT FILING DEFICIENCY
## TO AVOID DISMISSAL OF CASE WITHOUT FURTHER NOTICE

The above referenced case was filed on **July 23, 2010** and is deficient for the following reason(s):

>  The petition was not accompanied by a corporate ownership statement as required by
>  Bankruptcy Rule 1007(a)(1) and Local Rule 1002–1(A)(2).

**Notice is hereby given to the debtor that the above–noted deficiency(ies) must be corrected on or before August 2, 2010 or the court will dismiss this case without further notice or hearing.**
***NOTE:*** **Debtor's attorney or a bankruptcy preparer may not sign on behalf of the debtor any paper requiring the debtor's original signature.**

**Dated: 7/26/10**

**CLERK OF COURT**
By: Desiree Grooms
Deputy Clerk

The clerk shall serve a copy of this notice on the Debtor and Attorney for Debtor.