UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(FORT LAUDERDALE DIVISION)
www.flsb.uscourts.gov

In re:                                      Case No. 10-31130-BKC-JKO

ANTICO STONE, LLC                           Chapter 7

        Debtor.
_____/

### CHAPTER 7 TRUSTEE'S *EX PARTE* APPLICATION FOR EMPLOYMENT OF ACCOUNTANTS *NUNC PRO TUNC* TO JULY 27, 2010

KENNETH A. WELT, as the Chapter 7 Trustee for the estate of Antico Stone, LLC (the "Debtor"), pursuant to S.D. Bankr. Local Rules 2014-1 and 9013-1(C)(3), 11 U.S.C. §§ 327 and 330, and Rule 2014 of the Federal Rules of Bankruptcy Procedure, respectfully requests an Order of the Court authorizing the employment of Michael A. Borkowski, CPA ("Accountant") and Ahearn Jasco + Company, P.A. (the "Firm") *nunc pro tunc* to July 27, 2010, to represent the Chapter 7 Trustee in this case and states:

### BACKGROUND

1.  The Debtor filed a voluntary petition for bankruptcy relief under Chapter 7 of Title 11 of the United States Bankruptcy Code on July 23, 2010.

2.  Kenneth A. Welt was appointed as the Chapter 7 Trustee (the "Chapter 7 Trustee") shortly thereafter.

### RELIEF REQUESTED

3.  It is necessary that the Chapter 7 Trustee employ an accountant in this case in order to perform ordinary and necessary accounting services required in the administration of this case.

4.  Attached to this Application is the *Affidavit of Michael A. Borkowski, CPA and*

*Ahearn Jasco + Company, P.A.* (the "Affidavit"), demonstrating that both Accountant and the Firm are disinterested as required by 11 U.S.C. § 327(a) and a verified statement as required under Bankruptcy Rule 2014.

5. As set forth in the Affidavit, Accountant or Firm does not hold or represent any interest adverse to the estate and the Chapter 7 Trustee believes that the employment would be in the best interest of this estate.

6. The Chapter 7 Trustee believes that Accountant is qualified to practice in this Court and is qualified to advise the Chapter 7 Trustee on his relations with and responsibilities to the Debtor, creditors, and other parties.

7. Accountant has agreed to be compensated pursuant to 11 U.S.C. §330.

WHEREFORE, Kenneth A. Welt, the Chapter 7 Trustee, respectfully requests an Order authorizing the employment of Michael A. Borkowski, CPA and Ahearn Jasco + Company, P.A. to represent the Chapter 7 Trustee on a general retainer *nunc pro tunc* to July 27, 2010, pursuant to 11 U.S.C. §§ 327 and 330, and for any other relief which this Court deems just and proper.

I CERTIFY that a true copy of this application was served upon all parties receiving service via the Court's CM/ECF system.

Dated: August 10, 2010

Kenneth A. Welt, Chapter 7 Trustee
www.trusteewelt.com
8255 W Sunrise Blvd #140
Plantation, FL 33322
Telephone: (954) 889-3403