UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                              CASE NO. 10-31130-JKO
    ANTICO STONE, LLC,
                                Chapter 7
    Debtor.
_____/

## MOTION TO APPEAR PRO HAC VICE

Alan Rosenthal ("Movant") of Carlton Fields, P.A., pursuant to Local Rules 2090-1 and 9011-1(C)(9), moves for special admission to appear in this bankruptcy case as counsel for creditor, Citibank, N.A. ("Citibank"), and states as follows:

    1.    Movant is an attorney licensed to practice law in the State of Florida and has been a member in good standing of the Florida Bar since 1976.

    2.    Movant is also admitted to practice before the United States Supreme Court, U.S. Court of Appeals for the Fifth Circuit, U.S. Court of Appeals for the Eleventh Circuit, U.S. District Court for the Southern District of Florida, and the U.S. District Court for the Middle District of Florida. Further, Movant certifies that he has never been disbarred and is not currently suspended from the practice of law in the State of Florida or any other state, nor from any United States Bankruptcy Court, District Court, or Court of Appeals.

    3.    Movant requests permission to appear pro hac vice to continue representing Citibank in its litigation against the Debtor. Movant has continuously represented Citibank in the state court proceedings involving this Debtor. Thus, Movant believes that his continued representation of Citibank will not only better serve Citibank, but will also help facilitate the hearings before this Court as Movant is the attorney most familiar with the facts, case history, and other underlying issues involved in this case.

    4.    Niall T. McLachlan, also of Carlton Fields, P.A., who is qualified to practice in this court, has consented to designation as local counsel.

    5.    Movant certifies further that he is familiar with and shall be governed by the local rules of this Court, the rules of professional conduct and all other requirements governing the professional behavior of members of the Florida Bar.

17239166.2 55375-47979

WHEREFORE, Alan Rosenthal requests entry of the attached proposed order authorizing his special admission to practice in this case.

Dated: August 1v, 2010

Respectfully submitted,

By: _____
Alan Rosenthal
Florida Bar No. 220833
Email: arosenthal@carltonfields.com
Carlton Fields, P.A.
Miami Tower, Suite 4200
100 S.E. Second Street
Miami, Florida 33131-9101
Phone: 305-530-0050
Fax: 305-530-0055

## CONSENT TO ACT AS LOCAL COUNSEL

I, Niall T. McLachlan, an attorney qualified to practice in this court, consent to designation as local attorney for Alan Rosenthal and agree to serve as designee with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers shall be served in accordance with Local Rule 2090-1(B)(2).

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

By: _____
Niall T. McLachlan
Florida Bar No. 0059552
Email: nmclachlan@carltonfields.com
Carlton Fields, P.A.
Miami Tower, Suite 4200
100 S.E. Second Street
Miami, Florida 33131-9101
Phone: 305-530-0050
Fax: 305-530-0055

## CERTIFICATE OF SERVICE
### Case No. 10-31130-JKO

I HEREBY CERTIFY that on this ___ day of August, 2010, a true and correct copy of the foregoing Motion to Appear Pro Hac Vice and proposed order was served via U.S. Mail to the following parties:

Daniel G. Gass, Esquire
10001 NW 50 St #204
Sunrise, FL 33351
 Counsel for Antico

Office of the U.S. Trustee
51 S.W. 1st Avenue
Suite 1204
Miami, FL 33130

Kenneth A. Welt, Esquire
1844 N. Nob Hill Road
Suite 615
Plantation, FL 33322

Robert A. Schatzman, Esquire
1221 Brickell Avenue
Suite 1600
Miami, FL 33131

Antico Stone, LLC
2001 NW 44th Street
Pompano Beach, FL 33064

By: _____
Alan Rosenthal

3

17239166.2 55375-47979

UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:  
    ANTICO STONE, LLC,

    Debtor.
_____/

CASE NO. 10-31130-JKO

Chapter 7

### ORDER ADMITTING ATTORNEY PRO HAC VICE

This matter was considered without hearing on Alan Rosenthal's Motion to Appear Pro Hac Vice in this case pursuant to Local Rules 2090-1 and 9013-1(C)(9). The court having reviewed the motion and good cause appearing, it is

ORDERED that Alan Rosenthal may appear before the court pro hac vice as counsel for creditor, Citibank, N.A. in this case subject to the local rules of this court. The certification required by Local Rule 9011-4(b)(2) shall be included on all papers filed by the movant. The movant may apply to become a registered user of CM/ECF in this district with full filing privileges in this case or any other cases in which this court has entered an order admitting the movant pro hac vice. The following attorney is designated as

17240408.1 55375-47979

the attorney qualified to practice in this court with whom the court and opposing counsel may readily communicate and upon whom papers may be served:

Niall T. McLachlan
Carlton Fields, P.A.
Miami Tower - Suite 4200
100 S.E. 2nd Street
Miami, Florida 33131-2114
Telephone: (305) 530-0050
Fax: (305) 530-0055
FL Bar No.: 0059552

###

Submitted by:

Alan Rosenthal
Florida Bar No. 220833
Email: arosenthal@carltonfields.com
Carlton Fields, P.A.
Miami Tower-Suite 4200
100 S.E. Second Street
Miami, Florida 33131-9101
Phone: 305-530-0050
Fax: 305-530-0055

Copies to:
Alan Rosenthal
Niall T. McLachlan who shall serve a copy on the Assistant U.S. Trustee and all counsel or parties who have filed appearances.

2